**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| EOG Resources, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Badlands Power Fuels, LLC, | ) | |
| B.O.S Roustabout & Backhoe Service Inc., | ) | |
| and Petroleum Experience, Inc., | ) | Case No. 4:08-cv-038 |
| | ) | |
| Defendants. | ) | |

___

On June 16, 2008, the parties file a stipulation wherein they agreed that the proper entity status of Defendant Jody Reinisch dba BOS Roustabout Service is "B.O.S Roustabout & Backhoe Service Inc." They further agreed that all prior references to Jody Reinisch dba BOS Roustabout and Backhoe Service be recognized as references to "B.O.S Roustabout & Backhoe Service Inc." The court ADOPTS the parties stipulation (Docket NO. 14). The court **AMENDS** the caption of the above-entitled action insofar as it substitutes "B.O.S Roustabout & Backhoe Service Inc." in place of Jody Reinisch dba BOS Roustabout and Backhoe Service. The court further **ORDERS** that all prior references in the record and pleadings to Jody Reinisch dba BOS Roustabout and Backhoe Service be recognized as references to "B.O.S Roustabout & Backhoe Service Inc." *nunc pro tunc*.

Dated this 17th day of June, 2008.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court