**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| EOG Resources, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Badlands Power Fuels, LLC, | ) | |
| B.O.S. Roustabout and Backhoe | ) | |
| Services, Inc., and Petroleum | ) | Case No. 4:08-cv-038 |
| Experience, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

_____

On July 11, 2008, the parties filed a Stipulation for Supplemental Complaint. The court **ADOPTS** the parties' stipulation (Docket No. 18) and **GRANTS** the Plaintiff leave to file a supplemental complaint.

**IT IS SO ORDERED.**

Dated this 14th day of July, 2008.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court